Wilde & Associates, LLC.
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
7473 W. Lake Mead Blvd. #100
Las Vegas, NV 89128
Phone (702) 562-1202
greg@wildelawyers.com
Attorney for Plaintiff/Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| URSULA LICHTENSTEIN,<br><br>    Debtor.<br>_____<br>URSULA LICHTENSTEIN,<br><br>    Plaintiff,<br>v.<br><br>SUSAN BROWNE, an individual, and CHARLES M. MCKINNON, JR. an individual,<br><br>    Defendants. | Case No.  25-10340-nmc<br><br>Chapter 13<br><br><br>Adversary Case No. 25-01110-nmc |

**ERRATA TO AMENDED ADVERSARY COMPLAINT**

Plaintiff URSULA LICHTENSTEIN, ("Plaintiff" or "Debtor"), by and through her undersigned counsel, files this Errata to Amended Adversary Complaint stating as follows:

The title page of the recently filed Amended Adversary Complaint mistakenly listed the Adversary Case number as 25-10340-nmc, which is the underlying case number, instead of 25-01110-nmc as indicated above.

Dated this 3rd day of April 2025.

Wilde & Associates, LLC.

  /s/ Gregory Wilde
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417